# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BRANDI POTTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:13-0617 |
| ) | Judge Trauger |
| XTRA NATIONWIDE CORP., ) | |
| PENSKE TRUCK LEASING CO., L.P., ) | |
| LINDER LIONEL RICE, JR., COMCAST ) | |
| CABLE COMMUNICATIONS, INC., a/k/a ) | |
| Comcast Cable Communications, LLC, and ) | |
| COMCAST CABLE COMMUNICATIONS, LLC, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

I hereby recuse myself in this case. The file shall be returned to the Clerk for reassignment to another judge.

The trial and pretrial conference scheduled before Judge Trauger in September 2015 are hereby **REMOVED** from Judge Trauger's calendar.

It is so **ORDERED.**

ENTER this 25th day of July 2014.

_____
ALETA A. TRAUGER
U.S. District Judge